USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2017

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID REILLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ABEONA THERAPEUTICS INC. f/k/a/ PLASMATECH BIOPHARMACEUTICALS, INC., STEVEN H. ROUHANDEH, and STEPHEN B. THOMPSON<br><br>Defendants. | Case No. 1:16-cv-09730-PAE<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff David Reilly files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.  This dismissal is without prejudice.

Dated: February 14, 2017                    Respectfully submitted,

                                               **THE ROSEN LAW FIRM, P.A.**

                                               By: /s/ Phillip Kim
                                               Laurence M. Rosen, Esq. (LR 5733)
                                               Phillip Kim, Esq. (PK 9384)
                                               275 Madison Ave, 34th Floor
                                               New York, NY  10016
                                               Phone: (212) 686-1060
                                               Fax: (212) 202-3827

                                               Counsel for Plaintiff

2/14/17

**SO ORDERED:**

_____Paul A. Engelmayer_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE